IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MEDIA D. PANETO,** : | |
| : | Civil No. 1:18-cv-1794 |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | |
| **CWORK SOLUTIONS, LP, d/b/a** : | |
| **ASSURANT SOLUTIONS, a wholly** : | |
| **owned subsidiary of SIGNAL** : | |
| **HOLDINGS, LLC,** : | |
| : | |
| **Defendant.** : | Judge Sylvia H. Rambo |

# <u>O R D E R</u>

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that:

(1) Defendant CWork Solutions, LP's ("CWork") motion for summary judgment (Doc. 20) is **GRANTED** with respect to the following claims:

   a. Count I

   b. Count II

      i. Claims under Title VII and the Pennsylvania Human Relations Act ("PHRA") for disparate treatment gender discrimination based on hostile work environment;

1

    c. Count V

        i. Claims under Title VII and the PHRA for gender discrimination based on Ms. Paneto's termination, discipline, and 2016 evaluation;

        ii. Claims under Title VII and the PHRA for race discrimination based specifically on Ms. Paneto's discipline and 2016 evaluation;

(2) The foregoing claims are **DISMISSED WITH PREJUDICE**;

(3) CWork's motion for summary judgment on damages and the defense of after-acquired evidence is **GRANTED** to the extent that Ms. Paneto is precluded from recovering at trial backpay for dates after March 13, 2019;

(4) CWork's motion for summary judgment is **DENIED** with respect to the following claims:

    a. Count II

        i. Claims under Title VII and the PHRA for disparate treatment race discrimination based on hostile work environment;

    b. Count IV

    c. Count V

        i. Claims under Title VII and the PHRA for race discrimination based on Ms. Paneto's termination;

      ii. Claims under Title VII and the PHRA for retaliation;

(5) The following claims have been withdrawn and are therefore

    **DISMISSED:**

      a. Count III

      b. Count V

          i. Claims under the Americans with Disabilities Act and the ADA Amendments Act of 2008, including claims for disability discrimination.

**SO ORDERED.**

Dated: November 30, 2020.

                                      */s/ Sylvia H. Rambo*
                                      Sylvia H. Rambo
                                      United States District Judge